Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VIRGINIA BURDETTE, *in her capacity as Chapter 7 Trustee*, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>STEADFAST COMMONS II, LLC, *a Delaware limited liability company,* et al.,<br><br>Defendants. | NO. 2:11-980-RSM<br><br>ORDER GRANTING MOTION TO AMEND |

This matter comes before the Court upon Plaintiffs' motion to amend complaint (Dkt. No. 28) and Defendants' motion to strike Plaintiffs' motion for attorneys' fees (Dkt. No. 36). In their motion, Plaintiffs seek to add several entities as defendants to this lawsuit. Defendants respond that all but two of the entities have no connection to the lawsuit. Defendants, however, agree that two entities – Steadfast Everett Mall, LLC and Steadfast

Commercial Management Company, Inc. – should be joined as defendants. Thus, through the briefing of this motion, the parties agree to join Steadfast Everett Mall, LLC and Steadfast Commercial Management Company, Inc. as defendants. Because a court should freely and liberally grant leave to amend a pleading when justice requires, Fed. R. Civ. P. 15, and because the parties agree to amend the motion to join the two additional defendants, the Court hereby **GRANTS** Plaintiffs' motion to amend.

Plaintiffs also make two additional requests in their reply brief. *See* Dkt. No. 34. First, Plaintiffs indicate that they would like to dismiss one of the defendants from this lawsuit: Steadfast Commons II, LLC. Indeed, Defendants have indicated that Steadfast Commons II, LLC has no connection to this lawsuit. *See* Dkt. No. 30. However, as a condition of such an amendment, Plaintiffs request that the court order Defendants to be bound by certain sworn statements made during the course of discovery. Second, Plaintiffs request attorneys fees related to the cost of bringing the motion to amend, which they argue resulted from Defendants' failure to timely and accurately respond to discovery requests.

"A request for a court order must be made by motion." Fed. R. Civ. P. 7(b). Plaintiffs improperly seek relief by way of a reply brief to a motion to amend, to which Defendants do not have an opportunity to respond. Accordingly, Plaintiffs' request for a court order binding Defendants to certain statements and Plaintiffs' request for attorneys' fees are DENIED.

Therefore, having considered the motions, responses and replies thereto, all declarations and attached exhibits, and the remainder of the record, the Court hereby finds and ORDERS:

(1) Plaintiffs' motion to amend complaint (Dkt. No. 28) is GRANTED. Plaintiffs may join Steadfast Everett Mall, LLC and Steadfast Commercial Management Company, Inc. as defendants and amend the complaint as proposed in Plaintiffs' motion. Plaintiffs may also dismiss Steadfast Commons II, LLC as a party to this action, but are not required to do so. The amended complaint should be filed <u>within fifteen days</u> of the date of this order.

(2) Defendants' motion to strike Plaintiff's motion for attorneys' fees (Dkt. No. 36) is STRICKEN as moot.

DATED this 22nd day of February, 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE